Lisa Tan, Esq. (SBN 228326)
RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
Telephone:  (626) 683-8869
Facsimile:   (626) 683-8870
Email: ltan@rgt-law.com

Attorneys for Plaintiff Highland Suites, Inc.



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHLAND SUITES, INC., A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD HOTEL, an unknown business entity; JEFF ZARRINNAM, and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. CV12-03887 MRP (PLAx)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

The Court has original subject matter jurisdiction over all claims pursuant to 17 U.S.C. §§ 101, *et seq.* and 28 U.S.C. §§ 1331 and 1338(a).  Plaintiff Highland Suites, Inc. d.b.a. Hollywood Holiday Inn Express (hereinafter "Highland Suites") allege on personal knowledge as to itself and information and belief as to others, as follows:

## NATURE OF ACTION

1.      Highland Suites operates a Holiday Inn Express Franchise.  Defendants Hollywood Hotel and Jeff Zarrinnam operate a competing hotel located at 1160 N. Vermont Ave., Hollywood, CA 90029.  Defendants promote their hotel on various websites including but not limited to bing.com, yellowpages.com, superpages.com,

1  trivago.com, couponmap.com getfave.com, foursquare.com, topix.com, and
2  dexknows.com and through its website: www.hollywoodhotel.net.

3    2.    Defendants' marketing and promotion is based on infringement of Highland Suite's Copyrighted works. The text that appears in the business details page for Hollywood Hotel's General Information on the various websites was copied Highland Suites' copyrighted text. Defendants thereby infringed Highland Suite's exclusive right to use and profit from its work, 17 U.S.C. §§ 101, 106. Highland Suites invested hundreds of thousands of dollars in online marketing efforts. Defendant exploited that investment without any authorization from Highland Suites, while pocketing all the money Defendant's obtained from revenue generated from use of Highland Suites' copyrighted work.

3.    Defendants' flagrant violation of Highland Suites' exclusive rights directly undermines Highland Suites' present and continuing development of a legitimate market for the exploitation of Highland Suite's rights.

## THE PARTIES

4.    Plaintiff Highland Suites is a corporation duly incorporated under the laws of the State of California with its principal place of business located California.

5.    Plaintiff owns and controls the copyrights and/or the relevant exclusive rights in the works at issue in this case under the United States copyright laws. Plaintiff has obtained a Certificate of Copyright Registration from the Register of Copyrights for its works. The registration number is TX 7-492-265.

6.    On information and belief, Defendant Hollywood Hotel is a business entity unknown that operates a hotel at 1160 N. Vermont Ave., Hollywood, CA 90029.

7.    On information and belief, Defendant Jeff Zarrinnam is the owner and founder of Hollywood Hotel and is a resident of Los Angeles County, California.

RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
(626) 683-8869

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal law cause of action pleaded herein pursuant to 28 U.S.C. §§ 1331 (federal question, and 1338(a) (any act of Congress relating to Copyright), and pursuant to the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

9. This Court has personal jurisdiction over Defendants, and venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) because, inter alia, (a) Defendants and/or their agents are doing business in this District; and (b) a substantial part of the events or omissions giving rise to this lawsuit, as well as substantial injury to Plaintiff, have occurred or will occur in interstate commerce, in the State of California, and in the Central District of California. Venue is also proper in this District pursuant to 28 U.S.C. § 1400(a) because Defendants may be found in this District in light of their substantial commercial activities here.

## BACKGROUND FACTS

10. Highland Suites is a franchisee of Holiday Inn Express (hereinafter "Franchisor"). Highland Suites' Franchisor has hotel locations throughout the United States and the world and has long established itself as a leader in the hospitality industry that offers guests comfort and convenience with its stylish accommodations, streamlined guest services, and signature bedroom and bathroom collections. As a franchisee, Highland Suites received the benefit of the Holiday Inn Express' internationally recognized brand but is responsible for marketing and maintaining its own location.

11. Highland Suites has invested (and continues to invest) substantial sums of money and effort each year to develop, promote, publicize its hotel to national and international guests. As part of Highland Suites' marketing efforts, it maintains a website which contains text, photographs, and source code that was registered with the United States Copyright Office on September 14, 2010. The Copyrighted work was authored in or about December 2009.

RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
(626) 683-8869

12. Unbeknownst to Highland Suites, Defendants began to use Highland Suites' Copyrighted work in its advertisements on websites including but not limited to bing.com, yellowpages.com, superpages.com, trivago.com, couponmap.com getfave.com, foursquare.com, topix.com, and dexknows.com. Hollywood Hotel's advertising text is virtually identical to Highland Suites' Copyrighted work: "Experience the Hollywood Hotel-The Hotel of Hollywood near Universal Studios. Located in the heart of world famous Hollywood, California, our uniquely designed hotel appeals to style-oriented guests desiring exceptional service and comfortable amenities. During your stay at the Hollywood Hotel-The Hotel of Hollywood, take time to tour the city and see all Hollywood has to offer. We are centrally located near several historic tourist attractions such as the Hollywood Walk of Fame, Hollywood Bowl, Universal Studios, Paramount Studios, Sunset Strip, Rodeo Drive, Beverly Hills, Bel Air, Santa Monica and Venice Beach."

13. Highland Suites is informed and believes, and on that basis alleges that Defendants have also engaged in "keyword stuffing" or embedding Highland Suites' Copyrighted work in the HTML code and meta tags of Hollywood Hotel's website.

14. Highland Suites is further informed and believes, and on that basis alleges that Defendants have engaged in the practice of "keying" or purchasing keywords containing Highland Suites' Copyrighted work to ensure that web users searching those terms will be exposed to Hollywood Hotel's advertisements and/or website.

15. On information and belief, Highland Suites avers that Defendant Zarrinnam is Hollywood Hotel's owner and founder. Defendant Zarrinnam directs, controls, ratifies, and participates in Hollywood Hotel's infringing activity.

16. On information and belief, Highland Suites avers that Defendant Zarrinnam has been personally involved in and personally responsible for (a) Hollywood Hotel's decision to infringe on Highland Suites' Copyrighted work over the Internet without Highland Suites' consent or authorization; and (b) the

4

1 development and of Hollywood Hotel's business and marketing model in
2 infringement of Highland Suites' copyright.

3     17. On information and belief, Highland Suites avers that Defendant
4 Zarrinnam plays a core and central role in Hollywood Hotel's infringing activities.
5 Zarrinnam is intimately involved in the hotel's day-to-day operations.

6     18. The significant harm caused by Defendants' conduct is both immediate
7 and irreparable to Highland Suites' exclusive rights protected under federal law.
8 Defendants threaten to confuse customers and the public, causing even greater
9 immediate and irreparable harm to Highland Suites.

## FIRST CAUSE OF ACTION

(Copyright Infringement, 17 U.S.C. §§ 106 and 501)

19. Plaintiff incorporates herein by reference each and every averment contained in paragraphs 1 through 18 inclusive.

20. Through their conduct averred herein, Defendants have infringed Plaintiff's copyrights in its works by using Plaintiff's Copyrighted work without authorization or consent from Plaintiff, in violation of 17 U.S.C. §§106 and 501.

21. Each infringement by Defendants of Plaintiff's copyrighted works constitutes a separate and distinct act of infringement.

22. Defendants' acts of infringement are willful, in disregard of and with indifferent to the right of Plaintiff.

23. As a direct and proximate result of the infringements by Defendants, Plaintiff is entitled to damages and Defendants' profits in amounts to be proven at trial which are not currently ascertainable.

24. Alternatively, Plaintiff is entitled to the maximum statutory damages in the amount of $150,000.00 per statutory award, or for such other amounts are may be proper under 17 U.S.C. § 504.

25. Plaintiff is further entitled to recover its attorney's fees and full costs pursuant to 17 U.S.C. § 505.

26. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by this Court, Defendants will continue to infringe on Plaintiff's rights in its Copyrighted work. Plaintiff is entitled to preliminary and permanent injunctive relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and against their affiliates, agents, servants, employees, partners and all persons in active concert or participation with them, for the following relief:

1. For Plaintiff's damages and Defendants' profits in such amount as may be found; alternatively, for maximum statutory damages in the amount of $150,000.00 per statutory award, or for such other amounts as may be proper pursuant to 17 U.S.C. §504(c).

2. For preliminary and permanent injunctions enjoining Defendants, and all persons acting in concert or participation with them, from using, copying, displaying, benefiting, or otherwise infringing in any manner on Plaintiff's Copyrighted work.

3. An order directing that Defendants file with the Court and serve upon counsel for Plaintiff within thirty (30) days after the entry of such order or judgment, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

4. For prejudgment interest according to law.

5. For Plaintiff's attorney's fees and full costs incurred in this action pursuant to 17 U.S.C. §505.

6. For all such further and additional relief, in law or in equity, to which Plaintiff may be entitled or which the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury on all issues triable by jury.

DATED: May 3, 2012           RUSSAKOW / GREENE & TAN, LLP

By: / S / Lisa Tan
    ―――――――――――――――――――
    LISA TAN, ESQ.
    Attorneys for Plaintiff Highland Suites, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Mariana P. Pfaelzer and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

### CV12- 3887 MRP (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

Name & Address:
Lisa Tan, Esq. (SBN 228326)
Russakow / Greene & Tan LLP
800 E. Colorado Blvd., Suite 210
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Highland Suites, Inc., A California Corporation<br><br>PLAINTIFF(S)<br>v.<br><br>Hollywood Hotel, an unknown business entity; Jeff Zarrinnam, an individual and DOES 1-10, Inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-03887 MRP(PLAx)<br><br><br>SUMMONS |

TO:  DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Lisa Tan__, whose address is __800 E. Colorado Blvd., Suite 210, Pasadena, CA 91101__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY - 3 2012

Clerk, U.S. District Court

**JULIE PRADO**

Dated: _____     By: _____
                                              Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                                        SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Highland Suites, Inc., A California Corporation

**DEFENDANTS**
Hollywood Hotel, an unknown business entity; Jeff Zarrinnam, an individual and DOES 1-10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Lisa Tan, Esq.
Russakow / Greene & Tan LLP
800 E. Colorado Blvd., Suite 210 Pasadena, CA 91101 (626) 683-8869

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT:** $ 150,000 per award

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C § 101

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | | | | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | | IMMIGRATION | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

CV12-03887

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                        CIVIL COVER SHEET                        Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date May 2, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |