Anthony M. Keats (SBN 123672)
akeats@kmwlaw.com
Keats McFarland & Wilson LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212;  Tel.: (310) 248-3830

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Highland Suites, Inc., <br><br> Plaintiff(s) <br> v. <br><br> Hollywood Hotel, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> CV 12-03887 SJO (PLAx) <br><br> **MEDIATION REPORT** |

**Instructions:** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): March 6, 2013 (A mediator's proposal was under consideration by the parties through March 8.)
   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☐ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   (date:) _____ .

Dated: 3/12/13

/s/Anthony M. Keats
Signature of Mediator

Anthony M. Keats
Name of Mediator (print)

The Mediator is to electronically file original document.