JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03887 SJO (PLAx) | Date | July 17, 2013 |
|---|---|---|---|
| Title | Highland Suites Inc v. Hollywood Hotel et al | | |

| Present: The Honorable | S. James Otero, United States District Judge |
|---|---|

| Christine Chung for Victor Cruz | NOT PRESENT |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NOT PRESENT | NOT PRESENT |

**Proceedings:**          (IN CHAMBERS)

Pursuant to the Stipulation to Dismiss Case **[74]** filed on July 16, 2013, the Court Orders this matter dismissed.   All pending dates in this matter are hereby vacated and taken off the Court's calendar. The Clerk's Office is directed to JS-6 this case.

IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | | CCH |